UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-80087-Cr-Rosenberg

UNITED STATES OF AMERICA,

v.

BRANDON JAQUAY HOLMES,

      Defendant.
_____/

## REPORT & RECOMMENDATION

    Defendant, BRANDON JAQUAY HOLMES, appeared before the Court on October 12, 2023, represented by counsel, for a final hearing on violation of supervised release. Defendant was originally charged with armed bank robbery with assault, in violation of 18 U.S.C. § 2113(a) & (d) and use, carry and brandishing one or more firearms during and in relation to a crime of violence, in violation of 18 U.S.C. §924(c)1(A).  Following this conviction, he was sentenced to one hundred sixty-two (162) months in prison and five (5) years of supervised release.

    The Defendant began his term of supervised release on August 27, 2021.  He presently stands charged with violating his supervised release by: (1) failing to refrain from violation of the law (2) failing to refrain from violation of the law (3) failing to refrain from violation of the law and (4) possessing a firearm as defined in 18 U.S.C §921.

    After a thorough colloquy, the defendant freely, knowingly, and voluntarily admitted violation 3, through counsel, stated his wish to proceed to sentencing. The parties indicated

that, with the consent of the United States Probation Officer, they intend to jointly move to dismiss violations 1, 2 & 4 prior to sentencing.

Accordingly, the Court RECOMMENDS that the District Court accept Defendant's admission and find the Defendant guilty of committing violation 3. The Court further RECOMMENDS that this matter be set down for sentencing as soon as possible.

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable Robin L. Rosenberg, United States District Judge for the Southern District of Florida, within **FOURTEEN (14) DAYS** of being served with a copy of this Report and Recommendation. Failure to timely file objections shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016).

**If counsel do not intend to file objections, they shall file a notice advising the District Court within FIVE DAYS of this Report and Recommendation.**

DONE and SUBMITTED in Chambers at West Palm Beach in the Southern District of Florida, this 16th day of October 2023.

BRUCE E. REINHART
U.S. MAGISTRATE JUDGE